[No. 13410-8-I. Division One. November 12, 1985.]

MONOGRAM MODELS, INC., *Respondent,* v. NORTHWESTERN HOBBY & TOY, INC., *Defendant,* NORMAN K. DEWEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-04060-4, James D. McCutcheon, Jr., J., entered May 31, 1983. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Cole, J. Pro Tem.

[No. 15097-9-I. Division One. November 12, 1985.]

THE STATE OF WASHINGTON, *Appellant,* v. JACK B. SATHER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00275-6, Daniel T. Kershner, J., entered July 23, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 6922-2-III. Division Three. November 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD EUGENE WOODLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 83-1-00056-3, Duane E. Taber, J., entered January 24, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.